IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAOFIK OLATUNJI, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | Case No. 3:24-cv-01644-N-BT |
| AT&T SERVICES INC., | | |
| Defendant. | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the Court **GRANTS** Defendant's Motion for Summary Judgment and **DISMISSES** this action with prejudice.

**SO ORDERED** this 20th day of May, 2026.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE