IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TAOFIK OLATUNJI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:24-cv-01644-N-BT |
| | § | |
| AT&T SERVICES INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. (ECF No. 74). By separate judgment, the Court **OVERRULES** Plaintiff's Objections to Defendant's Bill of Costs and accordingly **ORDERS** the Clerk of Court to tax costs against Plaintiff in the total amount of $4,234.25. Plaintiff's request for stay pending appeal is **OVERRULED**, as they have not satisfied their burden. Plaintiff's request to reduce costs or establish a payment plan is **OVERRULED**.

**SO ORDERED** this 6th day of November, 2026.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE